11/23/21     Cause No. 1:21cv567

To: District Clerk

I named Warden Girardo as defendant in this case. I found out today Warden Girardo is no longer here at FCC Beaumont Low.

The new acting warden is Asst. Warden Boyd. I would like to add the acting warden to the case. If this needs to be in the form of a motion, then I would motion the court to make this change. Thank you very much.

Yours truly,
Henry J. Williams

Henry Williams  
71866-279  
FCC Beaumont Low  
P.O. Box 26020  
Beaumont, TX 77720-6020

NORTH HOUSTON TX 773

24 NOV 2021 PM 5 L



CLERK U.S. DISTRICT COURT
RECEIVED
NOV 29 2021
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

U.S. District Clerk  
300 Willow, Room 104  
Beaumont, TX 77701

77701-221729